**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

IN RE:                                                                          CASE NO.  09-21765

   Romaine Trimble
**DEBTOR(S)**                                                                  **CHAPTER 13**

**ORDER DISMISSING CHAPTER 13 CASE**

_____   The debtor has filed a motion in accordance with 11 U.S.C. § 1307(b) seeking to dismiss this case, and it appears that the case has not been converted previously under 11 U.S.C. § 706 or § 1112.

_____   A party in interest, (the Chapter 13 Trustee), other than the debtor has filed a motion in accordance with 11 U.S.C. § 1307(c) seeking to dismiss the case.  The court finds, after notice and a hearing, that the motion should be granted without prejudice.

  XX   A Court's motion having been heard for failure to file Schedules, Statements, and Plan and notice having been given.

**IT IS ORDERED THAT:**

1. This chapter 13 case is dismissed.

2. The trustee shall file a final accounting under chapter 13 within 90 days from the date of this order.


**Dated: August 4, 2009**

                                                                Albert S. Dabrowski
                                                                Chief United States Bankruptcy Judge